# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 14-11692-TMD |
| NATALIE DENISE HARDY | ) | |
| | ) | |
| Debtor(s). | ) | Chapter 7 Bankruptcy |

## TRUSTEE'S OBJECTION TO MOTION FOR RELIEF OF STAY AND ABANDONMENT OF REAL ESTATE

Comes now Ron Satija, the Chapter 7 Trustee in this action, and for his objection to the Motion for Relief of Stay and Abandonment filed by Carrington Mortgage Services, LLC ("Carrington") states as follows:

1. The Trustee has received an order by this Court granting his application to employ his agent to list the real estate for a sale, (Doc 17).

2. The Trustee admits that there is no equity, however he is attempting to sell the Real Estate and would like further time to market the property.

WHEREFORE, the Trustee objects to said motion as filed and requests that the Court not grant abandonment of the real estate and for all other just and proper relief in the premises.

Dated: June 10, 2016

/s/ Ron Satija
Ron Satija, Trustee
SBT 24039158
PO Box 660208
Austin, Texas 78766-7208
Tel: (512) 900-8223
Fax: (512) 900-8224

1

## CERTIFICATE OF SERVICE

The signature above certifies that a true and correct copy of the foregoing document has been served by first class, U.S. mail, postage prepaid within two business days of June 7, 2016 on:

BK Global Real Estate Services
Stephanie Givens
2000 E Lamar Blvd Ste 710
Arlington TX 76006

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd Ste 230
Austin, TX 78701-2450

Carrington Real Estate Services
Ron Rowe
2910 Evans Mill Road Ste B-365
Lithonia GA 30038

Dorothy Butler Law Firm
Dorothy K Butler
701 W Highway 290 Ste 101
Dripping Springs TX 78620

Josh Harrison, Attorney for
Carrington Mortgage Services, LLC
Shelton, Harrison, and Pinson, PLLC
701 Highlander Blvd. Suite 270
Arlington, TX 76015

Natalie Denise Hardy
9004 Spiceland Circle
Austin TX 78724