**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 30, 2017.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 14-11692-TMD |
| NATALIE DENISE HARDY | ) | |
| | ) | |
| Debtor(s). | ) | **Chapter 7 Bankruptcy** |

**AGREED ORDER FOR RELIEF OF STAY**

The Court having considered the Motion for Relief from Automatic Stay filed in this bankruptcy proceeding by Carrington Mortgage Services, LLC ("Movant"), a secured creditor, and having reviewed the file herein and finding that no objections to same have been filed other than by Ron Satija, the Chapter 7 Trustee and that all required notices of said Motion have been properly served, and noting the agreement of the Trustee as indicated by his signature below is of the opinion that said Motion shall be, and the same hereby is, granted.

IT IS THEREFORE, ORDERED that the automatic stay is hereby terminated as to Debtors with respect to Movant, to permit Carrington Mortgage Services, LLC to take any and all steps necessary to exercise any and all statutory and contractual rights it may have in the property located at 437 Summer Hill Circle. Stockbridge, Georgia 30281, and more fully described in Exhibit A attached to the Motion and incorporated therein ("Property").

IT IS FURTHER ORDERED that all communications sent by Movant in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtors.

IT IS FURTHER ORDERED that the Property is hereby abandoned by the estate.

IT IS FURTHER ORDERED that within 30 days of entry of this order, Movant Carrington shall pay $1,464.00 to the order of Trustee Insurance Agency and mail to 2813 West Main Kalamazoo, MI 49006 with reference to case number 14-11692 and Invoice No. 1079 in the memo line.

IT IS FURTHER ORDERED that the enforcement of this order shall not be stayed until the expiration of fourteen days after the entry of this order, but rather can be enforced upon entry and the requirements of Rule 4001(a)(3) are waived.

###

Order submitted by:

/s/ Ron Satija_____
Ron Satija
Chapter 7 Trustee
PO Box 660208
Austin, TX 78766-7208
(512) 900-8222
rsatija@satijatrustee.com

Approved as to form and content:

/s/ Josh Harrison
Josh Harrison, Attorney for Carrington Mortgage Services, LLC